1  JOSEPH E. WILEY (State Bar No. 84154)
   MONNA R. RADULOVICH (State Bar No. 120991)
2  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
3  Alameda, California 94501
   (510) 337-2810
4  FAX (510) 337-2811
   Email: jwiley@wprlaw.com
5          mradulovich@wprlaw.com

6  Attorneys for Petitioner
   CITY OF COLFAX
7
   LINDA BALDWIN JONES (State Bar No. 178922)
8  THEODORE FRANKLIN (State Bar No. 168305)
   EZEKIEL D. CARDER (State Bar No. 206537)
9  WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
10 Alameda, California 94501
   (510) 337-1001
11 FAX (510) 337-1023
   E-Mail: tfranklin@unioncounsel.net
12         lbjones@unioncounsel.net
           ecarder@unioncounsel.net
13
   Attorneys for Respondent
14 STATIONARY ENGINEERS LOCAL 39 HEALTH AND
   WELFARE TRUST FUND
15
                       UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA

17 In the Matter of the Arbitration Between        Case No. C 12-00281 MMC

18 CITY OF COLFAX,                                 STIPULATION FOR JUDGMENT
                                                   REGARDING RESPONDENT TRUST
19         Petitioner,                             FUND'S ATTORNEYS' FEES

20         v.                                      AND ORDER THEREON

21 STATIONARY ENGINEERS LOCAL 39
   HEALTH AND WELFARE TRUST FUND,
22
           Respondent.
23
   CITY OF COLFAX,                                 Case No. C 12-00562 MMC
24
           Petitioner,
25
           v.
26
27 STATIONARY ENGINEERS LOCAL 39
   HEALTH & WELFARE TRUST FUND,
28 Respondent.

1

The Parties to the above-captioned matters have reached a global settlement in both cases, including the pending motion for attorneys' fees filed by Respondent Stationary Engineers Local 39 Health and Welfare Trust Fund ("Trust Fund") and have entered into a fully executed Settlement and General Release Agreement. Pursuant to the Settlement and General Release Agreement, the parties request the following (or terms consistent thereto) be included as part of the judgment:

> The City of Colfax ("City") shall pay to the Trust Fund the total amount of $25,339.62 for the Trust Fund's attorneys' fees and costs.

> As a result of the settlement and this stipulation, Respondent Trust Fund's motion for attorneys' fees is taken off calendar and withdrawn.

Dated: June 21, 2012							WILEY PRICE & RADULOVICH, LLP


											/s/ Monna R. Radulovich
											JOSEPH E. WILEY
											MONNA R. RADULOVICH

											Attorneys for Petitioner
											CITY OF COLFAX


Dated: May __, 2012							WEINBERG, ROGER & ROSENFELD
											A Professional Corporation


											/s/ Linda Baldwin Jones
											LINDA BALDWIN JONES
											Attorneys for Respondent
											STATIONARY ENGINEERS LOCAL 39 HEALTH
											AND WELFARE TRUST FUND

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated:   July 9, 2012               _/s/ Maxine M. Chesney_

5                                       HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE