IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Arbitration Between

CITY OF COLFAX,

        Petitioner,

  v.

STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,

        Respondent.

-----------------------------------------------------/

CITY OF COLFAX,

        Petitioner,

  v.

STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND,

        Respondent.
                                          /

No. CV-12-0281 MMC

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

No. CV-12-0562 MMC

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The City's petitions are hereby DENIED.

    The Trust Fund's cross-motion to confirm the arbitrator's award is hereby GRANTED.

    The City of Colfax ("City") shall pay to the Trust Fund the total amount of $25,339.62 for the Trust Fund's attorneys' fees and costs.

Dated: July 11, 2012                                                                   Richard W. Wieking, Clerk

                                                                                             *Tracy Lucero* (signature)

                                                                                                         By: <u>Tracy Lucero</u>
                                                                                                         <u>Deputy Clerk</u>